# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Glenda Marie Porter,

        Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                          3:06cv44

United States of America,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's, February 2, 2006 Order.

February 3, 2006

FRANK G. JOHNS, CLERK

BY: _____

Michelle Anderton, Deputy Clerk