# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Glenda Marie Porter,

    Plaintiff(s),

vs.

United States of America,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:06cv44

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's, February 2, 2006 Order.

February 3, 2006

FRANK G. JOHNS, CLERK

BY: _____

Michelle Anderton, Deputy Clerk